In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-19-00396-CV
_____

## VIDYADHAR HEDE AND SEEMA V. HEDE, Appellants

## VS.

## MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09649-CV**

## MEMORANDUM OPINION

Appellants Vidyadhar Hede and Seema V. Hede filed a motion to dismiss this appeal. Appellants state in their motion that the parties have settled the case. This motion is voluntarily made by appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

1

Submitted on December 9, 2020
Opinion Delivered December 10, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.